Before WILKINSON, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Gorman, the bankruptcy trustee, appeals from the district court's order upholding the bankruptcy court's order overruling the trustee's objection to Robert A. Wolf's Chapter 13 bankruptcy plan, and confirming the Chapter 13 plan. We have reviewed the record and the briefs filed on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gorman v. Wolf,* No. 1:13–cv–01409–GBL–JFA (E.D.Va. filed Mar. 24, 2014; entered Mar. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

RAYFIELD AVIATION, LLC,
Plaintiff–Appellant,

v.

LYON AVIATION, INC.,
Defendant–Appellee.

No. 14–1405.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 29, 2014.

Decided: Nov. 6, 2014.

James Faucher, Benson, Brown & Faucher, PLLC, Greensboro, North Carolina, for Appellant. Eric D. Welsh, Sarah F. Hutchins, Parker, Poe, Adams & Bernstein, LLP, Charlotte, North Carolina, for Appellee.

Before SHEDD and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayfield Aviation, LLC ("Rayfield") appeals the district court's order granting summary judgment in favor of Lyon Aviation, Inc. on Rayfield's complaint alleging breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rayfield Aviation, LLC v. Lyon Aviation, Inc.*, No. 1:11–cv–00274–TDS–JEP (M.D.N.C. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*